KAREN L. LOEFFLER
United States Attorney

KYLE G. FRENCH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
| --- | --- | --- |
| Plaintiff, | ) ) | COUNT 1: |
| v. | ) ) ) | APPLICATION OF CERTAIN CRIMINAL LAWS TO ACTS ON AIRCRAFT: ASSAULT |
| KYONG CHA LEE, | ) ) | Vio. of 49 U.S.C. § 46506(1), incorporating 18 U.S.C. § 113(a)(4) |
| Defendant. | ) ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about August 19, 2012, within the special aircraft jurisdiction of the United States, namely onboard Alaska Airlines flight 871 flying from Honolulu, Hawaii to Anchorage, Alaska, the defendant, KYONG CHA LEE, did intentionally assault S.K., a

flight attendant of the aircraft, by striking S.K. with both hands and profanely threatening to strike S.K.

All of which is in violation of Title 49, United States Code, § 46506(1), incorporating Title 18, United States Code, § 113(a)(4).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle G. French
KYLE G. FRENCH
Assistant U.S. Attorney
United States of America

s/ Kevin Feldis for:
KAREN L. LOEFFLER
United States Attorney
United States of America

DATE: 8/22/12